UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| FRANKLIN SEAN SMITH, | ) |
| *Petitioner*, | ) |
| v. | ) No. 1:23-CV-73-CLC-CHS |
| JASON CLENDENION, | ) |
| *Respondent*. | ) |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered today, Petitioner's federal habeas petition is **DISMISSED WITHOUT PREJUDICE**. A certificate of appealability from this decision is **DENIED**.

Because the Court **CERTIFIED** that any appeal from this action would not be taken in good faith and would be totally frivolous, Petitioner is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. Fed. R. App. P. 24.

    **SO ORDERED.**

    **ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ *LeAnna R. Wilson*
  CLERK OF COURT